1  Michael A. Sherman (SBN 94783)
   masherman@stubbsalderton.com
2  Jeffrey F. Gersh (SBN 87124)
   jgersh@stubbsalderton.com
3  Sandeep Seth (SBN 195914)
   sseth@stubbsalderton.com
4  Wesley W. Monroe (SBN 149211)
   wmonroe@stubbsalderton.com
5  Viviana Boero Hedrick (SBN 239359)
   vhedrick@stubbsalderton.com
6  STUBBS ALDERTON & MARKILES, LLP
   15260 Ventura Blvd., 20th Floor
7  Sherman Oaks, CA 91403
   Telephone:    (818) 444-4500
8  Facsimile:    (818) 444-4520

9  Attorneys for Plaintiffs

10 [ADDITIONAL ATTORNEYS LISTED ON
   SIGNATURE PAGE]

11                    UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14

15

16 IN RE PERSONALWEB TECHNOLOGIES,          CASE NO.: 5:18-md-02834-BLF
   LLC, ET AL., PATENT LITIGATION

17                                          **PROOF OF SERVICE ON FOREIGN
                                            DEFENDANT FIVERR INTERNATIONAL
18                                          LTD. VIA THE HAGUE CONVENTION**

19 ─────────────────────────────
                                            **CASE NO.: 5:18-cv-03455-BLF**
20 PERSONALWEB TECHNOLOGIES, LLC,
   ET AL.,

21            Plaintiffs,

22        v.

23 FIVERR INTERNATIONAL LTD.

24            Defendant.

25

26

27

28

TO THE COURT AND ALL PARTIES OF RECORD:

In accordance with Article 5 of the Hague Convention, PersonalWeb Technologies LLC and Level 3 Communications have effectuated service of the Summons, Complaint and related documents on foreign defendant Fiverr International LTD via the Hague Convention, and in accordance with the laws of Israel, as is specified in the Certificate of service attached hereto as Exhibit A.

Dated: July 18, 2018                          Respectfully submitted,

                                              **STUBBS ALDERTON
                                              & MARKILES, LLP**

                                              By: */s/ Michael A. Sherman*
                                                  Michael A. Sherman
                                                  Jeffrey F. Gersh
                                                  Sandeep Seth
                                                  Wesley W. Monroe
                                                  Viviana Boero Hedrick
                                                  Attorneys for Plaintiffs

Dated: July 18, 2018                          **MACEIKO IP**

                                              By: */s/ Theodore S. Maceiko*
                                                  Theodore S. Maceiko (SBN 150211)
                                                  ted@maceikoip.com
                                                  MACEIKO IP
                                                  420 2nd Street
                                                  Manhattan Beach, CA  90266
                                                  Telephone:  (310) 545-3311
                                                  Facsimile:   (310) 545-3344
                                                  Attorneys for Plaintiff
                                                  PERSONALWEB
                                                  TECHNOLOGIES, LLC, a Texas
                                                  limited liability company

1

Dated: July 18, 2018                     DAVID D. WIER

                                         By: /s/ David D. Wier
                                         David D. Wier
                                         David.wier@level3.com
                                         Vice President and Assistant General Counsel
                                         1025 Eldorado Boulevard
                                         Broomfield, CO 80021
                                         Telephone: (720) 888-3539
                                         Attorney for Plaintiff
                                         LEVEL 3 COMMUNICATIONS, LLC

2