# EXHIBIT A



הנהלת בתי המשפט

إدارة المحاكم

**COURTS ADMINISTRATION**

Legal Assistance to Foreign Countries                המחלקה לסיוע למדינות זרות

Date:  10/06/18                                                        *our ref: 1-223/18*

*Reverse of the request*
CERTIFICATE

The undersigned authority, **upon authorization from the Director of Courts**, has the honor to certify, in conformity with Article 6 of the Convention,

1) That the documents directed to **Fiverr International Ltd.** have been served*

   o  The 24/05/18

   o  At 8 Eliezer Kaplan Street, Tell Aviv,  Israel.

*a)* In accordance with the provisions of sub-paragraph *(a)* of the first paragraph of Article 5 of the Convention*.

The documents referred to in the request have been delivered to:

   •  Identity and description of person: **The Addressee himself**.

   o  In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Annexes*

Documents returned: ............................................................................

In appropriate cases, documents establishing the service:

............................................................................

Done in Jerusalem, the

Liat Youssim(Ms),  Advocate

Head of The Legal Assistance and International Law department, Administration of Courts

Signature and/or stamp

14|6|8

רח' כנפי נשרים 22 ירושלים 9546436
Kanfey Nesharim st. 22, Jerusalem, 9546436, Israel
טל': 02-6556919    פקס: 02-6556887
**E-mail: Foreign.Countries@court.gov.il**
- עדיפות לדוא"ל



הנהלת בתי המשפט

إدارة المحاكم

**COURTS ADMINISTRATION**

**Legal Assistance to Foreign Countries**                    המחלקה לסיוע למדינות זרות

Date:  10/06/18

File: 1-223/18

<u>**To:**</u>
**Stubbs Alderton & Markiles, LLP, Michael A. Sherman, Esq.**
**15260 Venturta Blvd, 20th Floor,**
**Sherman Oaks, CA 91403**
<u>**U.S.A**</u>

Dear Sir/Madam,

<u>**Subject: Request for Service of Documents**</u>

Your request for service of documents upon **Fiverr International Ltd.** has been executed.

Please find attached the certificate.

Please forward the attached documents to the proper authorities.

Sincerely,

Yehiel Rosenberg
Legal Assistance to Foreign Countries
Jerusalem, Israel

Administration of Courts
Legal Assistance to Foreign Countries
11 Kanfei Nesharim st., Jerusalem 95464, Israel
Tel: 02-6556919  Fax: 02-6556887

---

רח׳ כנפי נשרים 22 ירושלים 9546436
Kanfey Nesharim st. 22, Jerusalem, 9546436, Israel
טל׳: 02-6556919    פקס: 02-6556887
E-mail: Foreign.Countries@court.gov.il
- עדיפות לדואַ״ל

Fiverr

International

R43755105611 IL

 Delivery Tracking - Israel Post

**Information regarding Registered mail: RA375510561IL**

| Date | Postal Unit | City | Description |
|------|-------------|------|-------------|
| 13/05/2018 | Jerusalem | Jerusalem | Delivered to addressee |
| 13/05/2018 | Jerusalem | Jerusalem | Undergoing processing for delivery to addressee |

# מעקב משלוחים

מידע מקוון על פריטים אשר נשלחו באמצעות דואר שליחים, דואר רשום בפנים הארץ.
בשירות ECO POST או בשירות EMS משלוח לחו"ל ומחו"ל

**מידע על פריט רשום עם אישור מסירה: RA375510561IL**

| | | | |
|---|---|---|---|
| 13/05/2018 | נמסר לידיו | מחלקת דוורים ירושלים | ירושלים |
| 13/05/2018 | בתהליך העברה לנמען | מחלקת דוורים ירושלים | ירושלים |



1-223/18

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

RA375510561 IL

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Stubbs Alderton & Markiles, LLP, Michael A. Sherman, Esq<br>15260 Ventura Blvd, 20th Floor, Sherman Oaks, CA 91403<br>masherman@stubbsalderton.com<br>818-444-4500 | Administration of Courts<br>Legal Assistance to Foreign Countries<br>22 Kanfei Nesharim St.<br>Jerusalem 95464<br>Israel |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed
below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt
service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les
documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire
remettre sans retard un exemplaire au destinataire, à savoir :

| **(identity and address)**<br>(identité et adresse) |
|---|
| Fiverr International Ltd.<br>Eliezer Kaplan St. 8<br>Tel Aviv, Israel |

המחלקה לסיוע לארצות חוץ
-6 -05- 2018
נתקבל

| ☑ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
|---|---|---|
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents -
and of the annexes* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* -
avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

| Complaint and Exhibits A-E, Civil Cover Sheet, Report on Filing of Action<br>Regarding a Patent Infringement, Summons, Rule 7.1 Disclosure Statement,<br>and Jury Demand. |
|---|

* if appropriate / s'il y a lieu

| **Done at / Fait à** Sherman Oaks, CA | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|
| **The / le** 2nd of May, 2018 | |

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965
*(article 5, alinéa 4).*

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Stubbs Alderton & Markiles, LLP, Michael A. Sherman, Esq.<br>15260 Ventura Blvd, 20th Floor, Sherman Oaks, CA 91403<br>masherman@stubbsalderton.com<br>818-444-4500 |
| **Particulars of the parties*:**<br>Identité des parties* : | PersonalWeb Technologies, LLC., (Plaintiff), Level 3 Communications, LLC. (Plaintiff); Fiverr International Ltd. (Defendant) |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☑ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | The documents are to make defendant aware of a claim for patent infringement and demands response in 21 days from the date of service. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Defendant operates or has operated a website located at fiverr.com that infringed on Plaintiff's patents. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | United States District Court for the Eastern District of Texas<br>Paul Brown United States Courthouse<br>101 East Pecan Street, Sherman, TX 75090<br>Deadline to answer the complaint is 21 days from date of service. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | Deadline to answer the complaint is 21 days from date of service. |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | |

\*\* if appropriate / s'il y a lieu